UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Alexandria Division</u>

| | |
|---|---|
| In re: <br><br> STEPHEN A. KORFONTA, JR., <br><br> Debtor. <br><br> SUNTRUST BANK, N.A. <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN A. KORFONTA, JR. <br><br> Defendant. | Chapter 7 <br><br> Case No. 08-16675-SSM <br><br><br><br> Adv. Proc. No. 09-01170 SSM |

**LINE ENTERING APPEARANCE OF JAMIE M. KONN**

Please enter the appearance of Jamie M. Konn of DLA Piper LLP (US) on behalf of SunTrust Bank, N.A.

DATE: September 11, 2009

Respectfully submitted,

    /s/ Mark J. Friedman
Mark J. Friedman
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000 (*telephone*)
(410) 580-3001 (*facsimile*)
Mark.friedman@dlapiper.com

and

        /s/ Jamie M. Konn
Jamie M. Konn (Va. Bar No. 73113)
DLA Piper LLP (US)
500 Eight Street, NW
Washington, DC  20004
(202) 799-4257 (*telephone*)
(202) 799-5257 (*facsimile*)
Jamie.konn@dlapiper.com

and

Richard M. Kremen (Md. Fed. Bar No. 00532)
David B. Misler (Md. Fed. Bar No. 28828)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
(410) 580-3000 (*telephone*)
(410) 580-3001 (*facsimile*)
richard.kremen@dlapiper.com
david.misler@dlapiper.com

Attorneys for SunTrust Bank, NA

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2009, I served the Line Entering Appearance of Jamie M. Konn via CM/EFF electronic filing system, a copy of the foregoing to:

Jack Frankel
United States Trustee, Region 4
115 South Union Street, Suite 210
Alexandria, VA  22314

Lawrence J. Anderson
Justin M. Reiner
4833 Rugby Avenue
Fourth Floor
Besthesda, MD  80814

    /s/  Mark J. Friedman
Mark J. Friedman, Esq.